| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   **Cocoa Expo Sports Center, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   **27-4509245**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **500 Friday Road** **Cocoa, FL 32926** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Brevard** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   **www.cocoaexpo.com**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Cocoa Expo Sports Center, LLC**   Case number (*if known*) _____
_____Name_____

**7.** **Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7112__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Jeffrey C. Unnerstall** | Relationship | **Managing Member** |
|---|---|---|---|
| District | **Middle District of Florida, Orlando Division** | When **1/18/17** | Case number, if known **6:17-bk-00336-RAC** |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  **Cocoa Expo Sports Center, LLC**_____  Case number (*if known*)_____
    Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Cocoa Expo Sports Center, LLC**                                        Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 23, 2017**
              MM / DD / YYYY

X **/s/ Jeffrey C. Unnerstall**                                    **Jeffrey C. Unnerstall**
  Signature of authorized representative of debtor                  Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ David R. McFarlin**                                        Date   **January 23, 2017**
  Signature of attorney for debtor                                         MM / DD / YYYY

**David R. McFarlin**
Printed name

**Fisher Rushmer, P.A.**
Firm name

**390 North Orange Avenue**
**Suite 2200**
**Orlando, FL 32801-1642**
Number, Street, City, State & ZIP Code

Contact phone   **407-843-2111**        Email address   **dmcfarlin@fisherlawfirm.com**

**328855**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Cocoa Expo Sports Center, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Air Resources International** **1600 Sarno Road, Suite 14** **Melbourne, FL 32935** | | **Vacant land 1** **Legal description: See attached exhibit** | | **$120,500.00** | **$126,070.00** | **$32,680.00** |
| **Bank of Washington** **200 W Main Street** **Washington, MO 63090** | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926** **Legal Description: See attached exhibit** | | **$11,113,905.28** | **$10,646,900.00** | **$467,005.28** |
| **Brevard County Tax Collector** **Attn: Lisa Cullen, CFC** **PO Box 2500** **Titusville, FL 32781-2500** | | **Property taxes for sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926** | | | | **$212,537.21** |
| **BSE Consultants, Inc** **312 South Harbor City Blvd Suite 4** **Melbourne, FL 32901** | | **Trade debt** | | | | **$155,869.57** |
| **City Electric Supply Company** **6827 N Orange Blossom Trail Suite 2** **Orlando, FL 32810** | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926** **Legal Description: See attached exhibit** | | **$337,596.37** | **$10,646,900.00** | **$337,596.37** |

Debtor **Cocoa Expo Sports Center, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Endurances Services Limited**<br>3780 Mansell Road, Suite 400<br>Alpharetta, GA 30022 | | **Trade debt** | **Disputed** | | | **$12,459.54** |
| **Firetronics, Inc**<br>1035 Pine Hollow Point Drive<br>Altamonte Springs, FL 32714 | | **Trade debt** | | | | **$13,919.01** |
| **Fortiline Waterworks**<br>PO Box 538388<br>Atlanta, GA 30353-8388 | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926**<br><br>**Legal Description: See attached exhibit** | **Unliquidated Disputed** | **$16,812.93** | **$10,646,900.00** | **$16,812.93** |
| **Hanson**<br>PO Box 842481<br>Dallas, TX 75284 | | **Trade debt** | | | | **$20,533.18** |
| **Holiday Inn Express & Suites**<br>301 Tucker Lane<br>Cocoa, FL 32926 | | **Trade debt** | | | | **$10,682.78** |
| **Littlejohn Engineering Assoc**<br>1615 Edgewater Drive<br>Suite 180<br>Orlando, FL 32804 | | **Trade debt** | | | | **$27,760.42** |
| **M&M Electric of CFL, Inc**<br>6923 Narcoossee Road<br>Suite 611<br>Orlando, FL 32822 | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926**<br><br>**Legal Description: See attached exhibit** | **Unliquidated Disputed** | **$21,274.21** | **$10,646,900.00** | **$21,274.21** |
| **Middlesex Paving, LLC**<br>10801 Cosmonaut Blvd<br>Orlando, FL 32824 | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926**<br><br>**Legal Description: See attached exhibit** | | **$275,372.01** | **$10,646,900.00** | **$275,372.01** |

Debtor **Cocoa Expo Sports Center, LLC**　　　　　　　　　　　　　　　　　　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Smith & Associates**<br>**1499 S Harbor City Blvd**<br>**Suite 202**<br>**Melbourne, FL 32901** | | **Trade debt** | | | | $128,157.36 |
| **South Milhausen, PA**<br>**1000 Legion Place**<br>**Suite 1200**<br>**Orlando, FL 32801** | | **Trade debt** | | | | $24,544.71 |
| **Southern Fire Protection of Orlando, Inc**<br>**3801 East SR 46**<br>**Sanford, FL 32771** | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926**<br><br>**Legal Description: See attached exhibit** | **Unliquidated Disputed** | $27,723.70 | $10,646,900.00 | $27,723.70 |
| **Sysco Central Florida, Inc**<br>**200 West Story Road**<br>**Ocoee, FL 34761-0130** | | **Trade debt** | | | | $15,009.40 |
| **UDF XIV SPE B, LLC**<br>**216 W Ohio Street, 5th Floor**<br>**Chicago, IL 60654** | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926**<br><br>**Legal Description: See attached exhibit** | | $3,098,280.00 | $10,646,900.00 | $3,098,280.00 |
| **Univ Engineering Sciences**<br>**PO Box 25316**<br>**Tampa, FL 33622-5316** | | **Trade debt** | | | | $11,270.60 |
| **Urban Development Fund XXIII**<br>**216 W Ohio Street, 5th Floor**<br>**Chicago, IL 60654** | | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926**<br><br>**Legal Description: See attached exhibit** | | $7,229,320.00 | $10,646,900.00 | $7,229,320.00 |

**Fill in this information to identify the case:**

Debtor name  **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 23, 2017**    X **/s/ Jeffrey C. Unnerstall**
Signature of individual signing on behalf of debtor

**Jeffrey C. Unnerstall**
Printed name

**Managing Member**
Position or relationship to debtor

# United States Bankruptcy Court
## Middle District of Florida

In re  **Cocoa Expo Sports Center, LLC**          Case No. _____
                                                Debtor(s)         Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 23, 2017**          **/s/ Jeffrey C. Unnerstall**
                                                    **Jeffrey C. Unnerstall**/**Managing Member**
                                                    Signer/Title

Cocoa Expo Sports Center, LLC
500 Friday Road
Cocoa, FL 32926

Brevard County Tax Collector
Attn: Lisa Cullen, CFC
PO Box 2500
Titusville, FL 32781-2500

Fortiline Waterworks
PO Box 538388
Atlanta, GA 30353-8388

David R. McFarlin
Fisher Rushmer, P.A.
390 North Orange Avenue
Suite 2200
Orlando, FL 32801-1642

BSE Consultants, Inc
312 South Harbor City Blvd
Suite 4
Melbourne, FL 32901

Hanson
PO Box 842481
Dallas, TX 75284

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

City Electric Supply Company
6827 N Orange Blossom Trail
Suite 2
Orlando, FL 32810

Holiday Inn Express & Suites
301 Tucker Lane
Cocoa, FL 32926

Florida Dept. of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

City Electric Supply Company
c/o Michael E. Milne, Esq
Milne Law Group, PA
545 Delaney Ave, Bldg 8
Orlando, FL 32801

Leonard Unnerstall
6803 W Osage
Pacific, MO 63090

Air Resources International
1600 Sarno Road, Suite 14
Melbourne, FL 32935

Cocoa Expo Sports Center
Tenant, LLC
500 Friday Road
Cocoa, FL 32926

Littlejohn Engineering Assoc
1615 Edgewater Drive
Suite 180
Orlando, FL 32804

Armitage Plumbing, LLC
1502 Industrial Street
Unit A-1&2
Edgewater, FL 32132

Dale & Company
651 North Mills Avenue
Orlando, FL 32803

M&M Electric of CFL, Inc
6923 Narcoossee Road
Suite 611
Orlando, FL 32822

Bank of Washington
200 W Main Street
Washington, MO 63090

Endurances Services Limited
3780 Mansell Road, Suite 400
Alpharetta, GA 30022

MBCI
NCI Group, Inc
PO Box 840326
Dallas, TX 75284

Bank of Washington
c/o Armstrong Teasdale LLP
7700 Forsyth Blvd, Ste 1800
Attn: Bruce D. LeMoine
Saint Louis, MO 63105

Firetronics, Inc
1035 Pine Hollow Point Drive
Altamonte Springs, FL 32714

Middlesex Paving LLC
c/o Barry Kalmanson, PA
500 North Maitland Ave
Suite 305
Maitland, FL 32751

Board of County Commissioner
Code Enforcement
2725 Judge Fran Jamieson Way
Building A, Room 103
Viera, FL 32940

Fortiline Inc
fka MSC Waterworks Co
Attn: Branch Manager
2291 W Airport Blvd
Sanford, FL 32771

Middlesex Paving, LLC
10801 Cosmonaut Blvd
Orlando, FL 32824

New Line Transport
1204 NW 137th Avenue
Miami, FL 33182

Pac-Van, Inc
75 Remittance Drive
Suite 3300
Chicago, IL 60675-3300

Smith & Associates
1499 S Harbor City Blvd
Suite 202
Melbourne, FL 32901

South Milhausen, PA
1000 Legion Place
Suite 1200
Orlando, FL 32801

Southern Fire Protection
of Orlando, Inc
3801 East SR 46
Sanford, FL 32771

Sysco Central Florida, Inc
200 West Story Road
Ocoee, FL 34761-0130

UDF XIV SPE B, LLC
216 W Ohio Street, 5th Floor
Chicago, IL 60654

Univ Engineering Sciences
PO Box 25316
Tampa, FL 33622-5316

Upland Develop of CFL, Inc
500 Friday Road
Cocoa, FL 32926

Upland Ventures, Inc
500 Friday Road
Cocoa, FL 32926

Urban Development Fund XXIII
216 W Ohio Street, 5th Floor
Chicago, IL 60654

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re   Cocoa Expo Sports Center, LLC                            Case No.   6:17-bk-
                                        Debtor(s)                Chapter    11

## CORPORATE OWNERSHIP STATEMENT

Cocoa Expo Sports Center, LLC, debtor, pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, states that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

■ None [*Check if applicable*]

Cocoa Expo Sports Center, LLC

January 23, 2017                                By: _____
Date                                            Jeffrey C. Unnerstall, Managing Member