UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Cocoa Expo Sports Center, LLC,

    Taxpayer ID No. 27-4509245,

        Debtor.
_____/

Chapter 11
Case No.: 6:17-bk-00441-RAC

## CHAPTER 11 CASE MANAGEMENT SUMMARY

Debtor, Cocoa Expo Sports Center, LLC, offers this Chapter 11 Case Management Summary:

1.    <u>Description of Debtor's Business</u>.  Debtor is a Florida limited liability company formed in 2011.  Debtor owns a sports complex located at 500 Friday Road, Cocoa, FL 32926 (the "Sports Complex").  The Sports Complex consists of over 50 acres.  Prior to the petition date, the Sports Complex was operated by Cocoa Expo Sports Center Tenant, LLC ("Operator"), an affiliate of Debtor.  Debtor's gross revenue for 2016 was $637,652.

2.    <u>Location of Debtor's Operations</u>.  500 Friday Road, Cocoa, FL 32926.

3.    <u>Reasons for Filing Chapter 11</u>.  Debtor commenced construction of the Sports Complex in 2012.  Debtor had numerous permitting issues that delayed the opening of the Sports Complex until 2016 and significantly reduced revenue.  Debtor failed to achieve revenue projections and became delinquent in payments to Debtor's mortgage lender.  For more than 18 months, Debtor requested an interest rate reduction and payment modification, but the lender was unwilling to accept further modification of the mortgage loan and initiated an action to foreclose and appoint receiver.  Debtor also had disputes with vendors regarding alleged

construction defects and payment terms. Debtor was unable to negotiate resolution of the disputes and vendors initiated actions to enforce alleged liens against the Sports Complex. The Chapter 11 case stayed the litigation and foreclosure action.

4. <u>Officers, Directors and Insiders</u>. Officers, directors and insiders of Debtor and their salaries and benefits after the petition date:

| Name | Position | Salary | Benefits |
|---|---|---|---|
| Jeffrey C. Unnerstall | Managing Member | $0.00[1] | None |
| Leonard Unnerstall | Member | $0.00 | None |

5. <u>Annual Gross Revenues</u>. Consolidated gross revenue for Debtor:

| Year Ended 2016 | Year to Date |
|---|---|
| $637,652 | $0.00 |

6. <u>Amounts Owed to Classes of Creditors</u>. Subject to defenses, offsets, and valuations, Debtor estimates the following amounts owed to creditors:

| Secured | Priority | Unsecured |
|---|---|---|
| $22,391,042 | $0.00 | $453,653 |

7. <u>Assets</u>.

| Description | Approx. Book Value |
|---|---|
| Real Property:[2] | |
|   500 & 620 Friday Road, Cocoa, FL | $10,646,900 |
|   420 Friday Road, Cocoa, FL | $10,000 |
|   345 Friday Road, Cocoa, FL | $41,330 |
|   Vacant Land 1, Cocoa, FL | $126,070 |
|   Vacant Land 2, Cocoa, FL | $50,960 |
| Prepayment for flood insurance | Unknown |
| Accounts receivable | $121,520.96 |
| Office furnishings & equipment | $20,000 |

8. <u>Employees</u>.[3]

| Number | Gross Wages Owed at Petition Date |
|---|---|
| 0 | $0.00 |

---

[1] Paid by Operator: $78,000/year.
[2] Values based on property tax assessment.
[3] Employees of Operator: approximately 13.

3

9. <u>Payroll and Sales Tax Obligations</u>.  Debtor estimates sales tax obligations in the amount of $0.00.

10. <u>Anticipated Emergency Relief</u>.

    a. Use of cash collateral; and

    b. Adequate assurance of payment to utility providers.

11. <u>Strategic Objectives.</u>  Restructure debt.

12. <u>Certificate of Service</u>.  I certify that a copy of this case management summary has been served on January 26, 2017 on all "filing users" through the CM/ECF filing system.

    /s/ David R. McFarlin
    David R. McFarlin
    Florida Bar No. 328855
    Fisher Rushmer, P.A.
    390 N. Orange Avenue, Suite 2200
    Post Office Box 3753
    Orlando, FL 32801
    Telephone (407) 843-2111
    Facsimile (407) 422-1080
    dmcfarlin@fisherlawfirm.com
    Attorneys for Debtor and
    Debtor-in-Possession