**Fill in this information to identify the case:**

Debtor name    **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:17-bk-00441-RAC**

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2017**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Jeffrey C. Unnerstall**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

---

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:17-bk-00441-RAC**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................... $    10,875,260.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $    452,090.96

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................. $    11,327,350.96

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    22,391,042.08

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    447,172.62

4. **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b      $    22,838,214.70

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:17-bk-00441-RAC**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Seacoast National Bank** | **Operating Account** | **6691** | $0.00 |
| 3.2. | **Seacoast National Bank (calculated balance, $1,513.48; accessible amount -$547,713.04)** | **Deposit Account** | **6771** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $0.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Performance Bond with Board of County Commissioners of Brevard County, Florida** | $122,939.00 |
| --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number *(If known)* **6:17-bk-00441-RAC** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2. | **Surety Bond with FPL** | $30,978.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepayment for flood insurance with Hartford Insurance Company of the Midwest (original value, $4,979)** | **Unknown** |

| | | |
|---|---|---|
| 8.2. | **Prepayment to Strong Arm Touring for concert with Flo Rida (possibly non-refundable)** | $75,000.00 |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

$228,917.00

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:    **121,520.96**    -    **0.00**   = ....    $121,520.96
   face amount    doubtful or uncollectible accounts

12. **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$121,520.96

**Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **See attached exhibit of inventory** | **2017** | **Unknown** | **Mgmt Opinion** | **$6,128.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number *(If known)* **6:17-bk-00441-RAC** |
|---|---|---|
| | Name | |

23. **Total of Part 5.**                                              **$6,128.00**
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value        **4620**    Valuation method    **Cost**    Current Value        **4620**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See attached exhibit of furniture, fixtures and equipment** | **Unknown** | **Mgmt Opinion** | **$95,525.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                              **$95,525.00**
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number *(If known)* **6:17-bk-00441-RAC** |
| | Name | |

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)** <br><br> **Legal Description: See attached exhibit** | Fee simple | Unknown | Tax records | $10,646,900.00 |
| 55.2. **Property located at 420 Friday Road, Cocoa, FL 32926 (0.53 acres)** <br><br> **Legal description: See attached exhibit** | Fee simple | Unknown | Tax records | $10,000.00 |
| 55.3. **Property located at 345 Friday Road, Cocoa, FL 32926 (0.34 acres)** <br><br> **Legal description: See attached exhibit** | Fee simple | Unknown | Tax records | $41,330.00 |
| 55.4. **Vacant land 1, Cocoa, FL (5.45 acres)** <br><br> **Legal description: See attached exhibit** | Fee simple | Unknown | Tax records | $126,070.00 |
| 55.5. **Vacant land 2, Cocoa, FL (2.24 acres)** <br><br> **Legal description: See attached exhibit** | Fee simple | Unknown | Tax records | $50,960.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

Debtor    **Cocoa Expo Sports Center, LLC**                    Case number *(If known)*  **6:17-bk-00441-RAC**
_____Name_____

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

| $10,875,260.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.cocoaexpo.com | $0.00 | N/A | $0.00 |
| 62.    **Licenses, franchises, and royalties** **Binding Development Plan with Board of County Commissioners of Brevard County, Florida** | Unknown | N/A | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

| $0.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Cocoa Expo Sports Center, LLC**                      Case number *(If known)*  **6:17-bk-00441-RAC**
_____
Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

        **Net Operating Loss (original value $323,619)**        Tax year  **2015**                    **Unknown**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                     **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number *(If known)* | **6:17-bk-00441-RAC** |
| | Name | | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $228,917.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $121,520.96 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,128.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $95,525.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $10,875,260.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $452,090.96 | + 91b. $10,875,260.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,327,350.96 |

**Inventory of Cocoa Expo Sports Center - Resale Items**

| Item | Qty | Total Value |
|------|-----|-------------|
| **Dorm & Kitchen** | | |
| Hamburgers | 20 cs | 480.00 |
| Hot Dogs | 120 ea | 104.00 |
| Wings | 40 cs | 800.00 |
| Shrimp (Frozen) | 30 bgs | 600.00 |
| Prime Rib | 3 cs | 1,300.00 |
| Eggs | 3 doz | 7.00 |
| Cheese | 20 cs | 267.00 |
| Ready Salad | 50 bgs | 99.00 |
| Tomatos | 15 bgs | 90.00 |
| Onions | 20 lb | 10.00 |
| Cucumbers | 10 lb | 40.00 |
| Wine | 10 btl | 63.00 |
| Beer | 20 cs | 364.00 |
| Soda | 36 cs | 396.00 |
| Pretzels | 5 cs | 50.00 |
| Candy | 20 cs | 480.00 |
| Water | 15 cs | 50.00 |
| | | **$5,200.00** |
| **Gift Shop** | | |
| T-Shirts (ss) | 23 | 230.00 |
| T-Shirts (ls) | 27 | 378.00 |
| Pullovers | 20 | 320.00 |
| | | **$928.00** |

**Total Inventory**      **$6,128.00**

**Cocoa Expo Sports Center**

| Item | Qty | Total Value |
|------|-----|-------------|
| **Dorm & Kitchen** | | |
| TVs - 50" | 65 | 5,700.00 |
| Ice Machines | 3 | 400.00 |
| Freezers | 4 | 250.00 |
| Walk-In Fridge | 1 | 3,500.00 |
| Walk-In Freezer | 1 | 3,500.00 |
| Deep Fryer | 2 | 250.00 |
| Oven with Range | 1 | 400.00 |
| Flat Grill | 2 | 1,500.00 |
| Convection Oven | 2 | 300.00 |
| Food Warmers | 2 | 400.00 |
| Steamer | 1 | 150.00 |
| Steam Tables | 2 | 2,000.00 |
| Vending Machines | 2 | 200.00 |
| Change Machine | 1 | 50.00 |
| Refrigerator | 12 | 400.00 |
| Stereo | 2 | 250.00 |
| Washing Machine | 2 | 500.00 |
| Dryer | 3 | 500.00 |
| Beds | 446 | 500.00 |
| Tables | 100 | 500.00 |
| Chairs | 800 | 800.00 |
| | | **$22,050.00** |
| **Training Center** | | |
| Pitching Machines | 7 | 50,000.00 |
| Treadmill | 2 | 500.00 |
| Stationery Bikes | 4 | 400.00 |
| Step Machines | 4 | 250.00 |
| Weight Stations | 68 | 20,000.00 |
| | | **$71,150.00** |
| **Landscaping** | | |
| Tables | 8 | 200.00 |
| Shelves | 10 | 50.00 |
| Toro | 1 | 250.00 |
| Golf Carts | 3 | 1,500.00 |
| Mower | 2 | 200.00 |
| Blower | 1 | 25.00 |
| Weed Wacker | 1 | 25.00 |
| Edger | 1 | 25.00 |
| Spreader | 1 | 25.00 |
| Sprayer | 1 | 25.00 |
| | | **$2,325.00** |

|  | **Total** | $ | 95,525.00 |
|--|-----------|---|-----------|

*500 + 620 Friday Road*

## Exhibit "A"
### *Legal Description of Property*

PARCEL NO 1

A tract of land situated in the Southwest quarter of Section 26, Township 24 South, Range 35 East, in Brevard County, Florida, described as follows From the point of intersection of the North line of the right of way of State Road No 520 with the East line of the Southwest quarter of said Section 26, (which is the point of reference) run North 89 degrees 38'30" West on the North line of the right of way of State Road No 520, a distance of 1320 03 feet, and thence run North 00 degrees 24'29" East, a distance of 300 feet to the point of beginning of the land described, from the said point of beginning, for the first course, run North 00" degrees 24'29" East and parallel to and 1320 feet West from the East line of the Southwest quarter of Section 26 aforesaid, a distance of 1750 05 feet, thence run North 89 degrees 58'30" West, 1,086 Feet, thence run South 00 degrees 24'29" East, a distance of 541 feet, and thence run North 89 degrees 58'30" West, a distance of 194 18 feet to the East Line of the right of way of Friday Road, thence run South 00 degrees 40'04" West on the East right of way line of Friday Road, a distance of 809 feet, thence run South 89 degrees 58'30" East, a distance of 286 feet, thence run South 00 degrees 24'29" West, 400 feet, thence run South 89 degrees 58'30" East, a distance of 57 feet, thence run South 00 degrees 24'29" West, a distance of 300 08 feet to the North Line of the right of way of State Road 520, thence run South 89 degrees 58'30" East on the North right of way line of State Road 520, a distance of 600 feet, thence run North 00 degrees 24'29" East, a distance of 300 feet, and thence run South 89 degrees 58'30" East, a distance of 340 85 feet to the point of beginning

PARCEL NO 2

A tract of land situated in Section 26, Township 24 South, Range 35 East, in Brevard County, Florida, described as follows For a point of reference, commence on the North Right of Way line of State Road 520 and the East Right of Way line of Friday Road and run North 0 degrees 40'04" East a distance of 1,509 feet to the Point of Beginning, from said point of beginning, run South 89 degrees 58'30" East, a distance of 194 18 feet, thence run North 0 degrees 24'29" East, a distance of 541 feet, thence run North 89 degrees 58'30" West, a distance of 194 feet, more or less, to the East Right of Way line of Friday Road, thence South 0 degrees 40'04" West, a distance of 541 feet, more or less, to the point of beginning

PARCEL NO 3

A portion of Parcel 1 according to Official Records Book 2658, Page 310, of the Public Records of Brevard County, Florida, being a portion of the East 1320 00 feet of the West Half of Section 26, Township 24 South, Range 35 East, Brevard County, Florida, more particularly described as follows

For a POINT OF BEGINNING, commence ac the Southwest corner of said Parcel 1, thence North 00 degrees 24 minutes 29 seconds East, along the West line of said Parcel 1, for a distance

2

of 230 01 feet, thence North 89 degrees 59 minutes 08 seconds East, 230 00 feet North of, as measured perpendicular to, and parallel with the South line of said Parcel 1, for a distance of 371 27 feet to the Westerly right of way line of Interstate Route No 95 (300 feet right of way ), and the Easterly line of said Parcel 1, thence South 30 degrees 14 minutes 40 seconds East, along said Westerly right of way line, and along said Easterly line, for a distance of 266 20 feet to the South line of said Parcel 1, thence South 89 degrees 59 minutes 08 seconds West, along said South line, for a distance of 506 99 feet to the POINT OF BEGINNING

PARCEL NO 4

A portion of Parcel 4 according to Official Records Book 2658, Page 310, of the Public Record of Brevard County, Florida, being a portion of the West Half of Section 26, Township 24 South, Range 35 East, Brevard County, Florida, more particularly described as follows

For a POINT OF BEGINNING, commence at the Southwest corner of said Parcel 4, thence North 00 degrees 38 minutes 58 seconds East, along the West line of said Parcel 4, for a distance of 100 01 feet, thence North 89 degrees 59 minutes 08 seconds East, 100 00 feet North of, as measured perpendicular to and parallel with the South line of said Parcel 4, for a distance of 220 00 feet, thence South 00 degrees 38 minutes 58 seconds West, 220 00 feet East of, as measured perpendicular to and parallel with said West line, for a distance of 100,00 feet to said South line, thence South 89 degrees 59 minutes 08 seconds West along said South line, for a distance of 220 00 feet to the POINT OF BEGINNING

PARCEL NO 5

A tract of land situated in Section twenty-six (26), Township twenty-four (24) South, Range thirty-five (35) East in Brevard County, Florida, described as follows:

From the point of intersection of the North right of way line of State Road 520 with the East right of way line of Friday Road, which is the Point of Beginning of the land described herein, run South eighty nine (89) degrees, fifty eight (58) minutes, thirty (30) seconds East, along the North right of way line of State Road 520, a distance of three hundred forty six and seventeen hundredths (346.17) feet to a point; thence run North zero (0) degrees, twenty-four (24) minutes, twenty-nine (29) seconds East, a distance of three hundred and eight hundredths (300.08) feet to a point; thence run North eighty-nine (89) degrees, fifty-eight (58) minutes, thirty (30) seconds West to the East right of way line of Friday Road; thence run Southerly along the East right of way line of Friday Road, a distance of three hundred (300) feet, more or less, to the Place of Beginning.

#10747294_v1

*420 Friday Road*

Exhibit "A"
(Legal Description)

A parcel of land lying in Section 26, Township 24 South, Range 35 East, Brevard County, Florida, being part of those lands described in O.R. Book 753, Page 1001, and being more particularly described as follows:

Commence at the intersection of the North right of way line of State Road No. 520 with the East right of way line of Friday Road, and run N. 00 degrees 40'04" E., along said East right of way line, a distance of 460.08 feet, to the Point of Beginning, thence continue N. 00 degrees 40'04" E., along said East right of way line, a distance of 80.0 feet; thence S. 89 degrees 58'30" E., parallel with the aforesaid North right of way line of State Road No. 520, a distance of 286.36 feet; thence S. 00 degrees 24'29" W., a distance of 80.00 feet; thence N. 89 degrees 58'30" W., parallel with said North right of way line, a distance of 286.73 feet to the Point of Beginning.

345 Friday Road

Prepared By/Return To
Jeffrey P Milhausen, Esq /njr
South Milhausen, P A
Gateway Center
1000 Legion Place, Suite 1200
Orlando, FL 32801
Phone 407-539-1638
File No  5316-24 cc

Property Appraiser's Parcel I D  # 24-35-27-00-00780 0-0000 00

-- (Space above this line for recording data) --

## WARRANTY DEED (STATUTORY FORM - SECTION 689 02, F S )

THIS WARRANTY DEED, made this **22nd** day of October, 2014, by LISA NOE and RANDY NOE, wife
and husband, whose address is 2989 SE Lookout Blvd, Port Saint Lucie, FL 34989 (hereinafter referred to as the
"Grantor"), to COCOA EXPO SPORTS CENTER, LLC, a Florida limited liability company, whose address is 345
Friday Road, Cocoa, Florida 32926 (hereinafter referred to as the "Grantee")·

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of
individuals, and the successors and assigns of corporations )

WITNESSETH    That the Grantor, for and in consideration of the sum of $10 00 and other valuable
considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys
and confirms unto the Grantee, all that certain land situate in Brevard County, Florida, to wit

A parcel of land lying in Section 27, Township 24 South, Range 35 East, Brevard County, Florida being more
particularly described as follows:

Commence at the Southeast corner of said Section 27, and run North 00°06'20" East, along the East line of said
Section, a distance of 67.40 feet to a point on the North right of way line of State Road No. 520; thence South
89°16'26" West, along said North right of way line, a distance of 25.0 feet, to a point on the West right of way line
of Friday Road; thence North 00°06'20" East, along said West line, a distance of 230.87 feet to the Point of
Beginning; thence continue North 00°06'20" East, along said West right-of-way line, a distance of 75.0 feet; thence
South 89°21'41" West, parallel with the North line of the Southeast 1/4 of the Southeast 1/4 of the Southeast 1/4 a
distance of 195.0 feet; thence South 00°06'20" West , parallel with said West right-of-way line, a distance of 75.0
feet; thence North 89°21'41" East, parallel with said North line, a distance of 195.0 feet to the Point of Beginning.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise
appertaining

AND the Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee
simple, that the Grantor has good right and lawful authority to sell and convey said land, that the Grantor hereby fully
warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said
land is free of all encumbrances, except taxes accruing subsequent to December 31, 2013, and subject to easements,
conditions, covenants, restrictions, reservations, limitations and agreements of record, if any, however, reference herein
does not operate to reimpose same

IN WITNESS WHEREOF, the Grantor has signed and sealed these presents the day and year first above
written

Signed, Sealed and Delivered
In Our Presence

Witness
Print Name __Dustin Townsend__

Witness
Print Name __Nancy J. Ruiz__

LISA NOE

__Randy Noe__
RANDY NOE

STATE OF FLORIDA
COUNTY OF __Orange__

The foregoing instrument was acknowledged before me this **22nd** day of October, 2014, by LISA NOE and
RANDY NOE, who is/are personally known to me or who produced __driver license(s)__ as
identification

NOTARY PUBLIC
My Commission Expires

(NOTARIAL SEAL)

NANCY J. RUIZ
MY COMMISSION # EE 833143
EXPIRES January 1, 2017
Bonded Thru Budget Notary Services

Exhibit "A"
(Legal Description)

A PARCEL OF LAND IN THE EAST ONE-HALF OF THE SOUTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SECTION 27, TOWNSHIP 24 SOUTH, RANGE 35 EAST, BREVARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE SOUTHEAST CORNER OF SAID SECTION 27 AND RUN N00°34'28"E, ALONG THE EAST LINE OF SAID SECTION 27, A DISTANCE OF 67.55 FEET TO THE NORTH RIGHT-OF-WAY LINE OF STATE ROAD NO. 520; THENCE S89°55'47"W, ALONG SAID RIGHT-OF-WAY LINE, A DISTANCE OF 205.27 FEET TO THE SOUTHWEST CORNER OF THAT CERTAIN PARCEL OF LAND DESCRIBED IN OFFICIAL RECORDS BOOK 5333, PAGE 866, PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA; THENCE CONTINUE ALONG SAID RIGHT-OF-WAY LINE, S89°55'47"W A DISTANCE OF 457.08 FEET TO THE WEST LINE OF SAID EAST ONE-HALF OF THE SOUTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SECTION 27; THENCE N00°31'22"E, ALONG SAID WEST LINE, A DISTANCE OF 462.00 FEET TO THE POINT OF BEGINNING OF THE PARCEL OF LAND HEREIN DESCRIBED; THENCE CONTINUE ALONG SAID WEST LINE, N00°31'22"E A DISTANCE OF 134.52 FEET TO THE NORTHWEST CORNER OF THE SOUTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SAID SECTION 27; THENCE CONTINUE ALONG SAID WEST LINE, N00°31'22"E A DISTANCE OF 400.53 FEET TO THE NORTHWEST CORNER OF THAT CERTAIN PARCEL OF LAND DESCRIBED IN OFFICIAL RECORDS BOOK 1737, PAGE 1012, PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA; THENCE N89°49'53"E, ALONG THE NORTH LINE OF SAID PARCEL DESCRIBED IN OFFICIAL RECORDS BOOK 1737, PAGE 1012, A DISTANCE OF 202.23 FEET TO THE WEST LINE OF THAT CERTAIN PARCEL OF LAND DESCRIBED IN OFFICIAL RECORDS BOOK 5523, PAGE 2486, PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA; THENCE S00°34'28"W, PARALLEL TO AND 461 FEET WEST OF (AS MEASURED PERPENDICULARLY) THE EAST LINE OF SAID SECTION 27, A DISTANCE OF 238.33 FEET TO THE SOUTHWEST CORNER OF THAT CERTAIN PARCEL OF LAND DESCRIBED IN OFFICIAL RECORDS BOOK 5475, PAGE 2653, PUBLIC RECORDS OF BREVARD COUNTY, FLORIDA; THENCE N89°49'53"E, ALONG THE SOUTH LINE OF SAID PARCEL DESCRIBED IN OFFICIAL RECORDS BOOK 5475, PAGE 2653, A DISTANCE OF 436.04 FEET TO THE SOUTHEAST CORNER OF SAID PARCEL DESCRIBED IN OFFICIAL RECORDS BOOK 5475, PAGE 2653 AND THE WEST RIGHT-OF-WAY LINE OF FRIDAY ROAD, (A VARIABLE WIDTH PUBLIC RIGHT-OF-WAY); THENCE S00°34'28"W ALONG SAID RIGHT-OF-WAY LINE, (SAID RIGHT-OF-WAY LINE BEING 25.00 FEET WEST OF AND PARALLEL TO THE EAST LINE OF SAID SECTION 27), A DISTANCE OF 296.72 FEET; THENCE S89°49'53"W, PARALLEL TO AND 134.51 FEET SOUTH OF (AS MEASURED PERPENDICULARLY) THE NORTH LINE OF SAID SOUTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SAID SECTION 27, A DISTANCE OF 637.78 FEET TO THE POINT OF BEGINNING. CONTAINING 5.45 ACRES, MORE OR LESS.

4

## Exhibit "A"
(Legal Description)

Part of that certain parcel of land described in Official Records Book 6264, Page 385, Public Records of Brevard County, Florida also being part of the South 871.52 feet of the East 250.00 feet of the East 1/2 of the West 1/2 of the SE 1/4 and the SE1/4 of Section 27, Township 24 South, Range 35 East, Brevard County, Florida, and being more particularly described as follows:

Commence at the Southeast corner of said Section 27 and run N00°34'28"E, along the East line of said Section 27, a distance of 67.55 feet, to the North right-of-way line of State Road Number 520; thence S89°55'47"W, along said right-of-way line, a distance of 662.35 feet to a point on the East line of the East one-half of the West one-half of the Southeast one-quarter of the Southeast one-quarter of said Section 27; thence continue S89°55'47"W, along said right-of-way line a distance of 250.01 feet, the West line of the East 250.00 feet of the East one-half of the West one-half of the Southeast one-quarter of the Southeast one-quarter of said Section 27; thence N00°31'22"E, along said West line a distance of 521.89 feet to the Point of Beginning of the Parcel of land herein described; thence N88°50'50"E, a distance of 127.66 feet; thence S00°57'31"W a distance of 221.40 feet; thence N89°50'49"E a distance of 124.04 feet to the East line of the State one-half of the West one-half of the Southeast one-quarter of the Southeast one-quarter of said Section 27; thence N00°31'22"E, along said East line, a distance of 504.17 feet to the Northeast corner of said Parcel of land described in Official Records Book 6264, Page 385; thence S89°45'51"W, along the North line of said parcel of land described in Official Records Book 6264, Page 385, a distance of 250.02 feet to the Northwest corner of said parcel of land described in Official Records Book 6264, Page 385 and the West line of he East 250.00 feet of the East one-half of the West one-half of the Southeast one-quarter of the Southeast one-quarter of said Section 27; thence S00°31'22"W, along said West line, a distance of 279.53 feet to the Point of Beginning.

| Fill in this information to identify the case: |
| --- |

Debtor name    **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:17-bk-00441-RAC**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**   **Armitage Plumbing, LLC**
Creditor's Name

**1502 Industrial Street
Unit A-1&2
Edgewater, FL 32132**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2015**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)**

**Legal Description: See attached exhibit**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$4,389.88**     Column B: **$10,646,900.00**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Bank of Washington
2. Urban Development Fund XXIII
3. UDF XIV SPE B, LLC
4. City Electric Supply Company
5. Middlesex Paving, LLC
6. Armitage Plumbing, LLC
7. Fortiline Waterworks
8. M&M Electric of CFL, Inc
9. Southern Fire Protection
10. Brevard County Tax Collector**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**2.2**   **Bank of Washington**
Creditor's Name

**200 W Main Street
Washington, MO 63090**

**Describe debtor's property that is subject to a lien**
**Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)**

**Legal Description: See attached exhibit**

Column A: **$11,113,905.28**     Column B: **$10,646,900.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Cocoa Expo Sports Center, LLC**                                Case number (if know)    **6:17-bk-00441-RAC**
_____                          _____
          Name

| Creditor's mailing address | **Describe the lien** |
| | **Mortgage** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| **11/30/2011** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **1401** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.3 | **Board of County Commissioner** | **Describe debtor's property that is subject to a lien** | $38,250.00 | $126,070.00 |

Creditor's Name

**Code Enforcement**
**2725 Judge Fran Jamieson Way**
**Building A, Room 103**
**Viera, FL 32940**

**Vacant land 1, Cocoa, FL (5.45 acres)**

**Legal description: See attached exhibit**

| Creditor's mailing address | **Describe the lien** |
| | **Lien Order** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **11/20/2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8084** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Board of County Commissioner** | ■ Disputed |
| **2. Brevard County Tax Collector** | |

---

| 2.4 | **Brevard County Tax Collector** | **Describe debtor's property that is subject to a lien** | $212,537.21 | $10,646,900.00 |

Creditor's Name

**Attn: Lisa Cullen, CFC**
**PO Box 2500**
**Titusville, FL 32781-2500**

**Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)**

**Legal Description: See attached exhibit**

| Creditor's mailing address | **Describe the lien** |
| | **Property taxes** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor  **Cocoa Expo Sports Center, LLC**                                    Case number (if known)    **6:17-bk-00441-RAC**
        Name

**2015 & 2016**
**Last 4 digits of account number**
**7990**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Brevard County Tax Collector** | | $818.99 | $50,960.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Vacant land 2, Cocoa, FL (2.24 acres)**

**Attn: Lisa Cullen, CFC**
**PO Box 2500**
**Titusville, FL 32781-2500**

**Legal description: See attached exhibit**

Creditor's mailing address

Describe the lien
**Property taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2067**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Brevard County Tax Collector** | | $3,840.20 | $126,070.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**Vacant land 1, Cocoa, FL (5.45 acres)**

**Attn: Lisa Cullen, CFC**
**PO Box 2500**
**Titusville, FL 32781-2500**

**Legal description: See attached exhibit**

Creditor's mailing address

Describe the lien
**Property taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**2015 & 2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8084**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.3**

---

| 2.7 | **Brevard County Tax Collector** | | $954.42 | $41,330.00 |

Describe debtor's property that is subject to a lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Cocoa Expo Sports Center, LLC**

Case number (if known)   **6:17-bk-00441-RAC**

Name

| | |
|---|---|
| Creditor's Name | **Property located at 345 Friday Road, Cocoa, FL 32926 (0.34 acres)** |
| **Attn: Lisa Cullen, CFC**<br>**PO Box 2500**<br>**Titusville, FL 32781-2500** | **Legal description: See attached exhibit** |
| Creditor's mailing address | **Describe the lien**<br>**Property taxes** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**2016** | ■ No |
| **Last 4 digits of account number**<br>**8102** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.8 | **City Electric Supply Company** | **Describe debtor's property that is subject to a lien** | $337,596.37 | $10,646,900.00 |
| | Creditor's Name | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)** | | |
| | **6827 N Orange Blossom Trail**<br>**Suite 2**<br>**Orlando, FL 32810** | **Legal Description: See attached exhibit** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Judgment Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred**<br>**12/14/2016** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☐ Unliquidated<br>☐ Disputed | | |

| | | | |
|---|---|---|---|
| 2.9 | **Fortiline Waterworks** | **Describe debtor's property that is subject to a lien** | $16,812.93 | $10,646,900.00 |
| | Creditor's Name | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)** | | |
| | **PO Box 538388**<br>**Atlanta, GA 30353-8388** | **Legal Description: See attached exhibit** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Mechanic's Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 4 of 8

| Debtor | **Cocoa Expo Sports Center, LLC** | | Case number (if know) | **6:17-bk-00441-RAC** |
|---|---|---|---|---|
| | Name | | | |

**2013**

**Last 4 digits of account number**
**5276**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 0 | **FPL** | Describe debtor's property that is subject to a lien | $9,966.88 | $30,978.00 |
|---|---|---|---|---|
| | Creditor's Name | **Surety Bond with FPL** | | |

**General Mail Facility**
**Miami, FL 33188-0001**

Creditor's mailing address

**Describe the lien**
**Surety Bond**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**
**0309**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **M&M Electric of CFL, Inc** | Describe debtor's property that is subject to a lien | $21,274.21 | $10,646,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)** | | |

**6923 Narcoossee Road**
**Suite 611**
**Orlando, FL 32822**

Creditor's mailing address

**Legal Description: See attached exhibit**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 2 | **Middlesex Paving, LLC** | Describe debtor's property that is subject to a lien | $275,372.01 | $10,646,900.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor **Cocoa Expo Sports Center, LLC** | Case number (if known) **6:17-bk-00441-RAC** |
| Name | |

Creditor's Name

**10801 Cosmonaut Blvd**
**Orlando, FL 32824**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/21/2016**
Last 4 digits of account number
**3072**

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

Sports complex located at 500 & 620 Friday
Road, Cocoa, FL 32926 (47.88 acres)

Legal Description: See attached exhibit

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | |
|---|---|
| 2.1 3 | |

**Southern Fire Protection**
Creditor's Name

**of Orlando, Inc**
**3801 East SR 46**
**Sanford, FL 32771**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2013**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien    **$27,723.70**    **$10,646,900.00**
Sports complex located at 500 & 620 Friday
Road, Cocoa, FL 32926 (47.88 acres)

Legal Description: See attached exhibit

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| | |
|---|---|
| 2.1 4 | |

**UDF XIV SPE B, LLC**
Creditor's Name

**216 W Ohio Street, 5th**
**Floor**
**Chicago, IL 60654**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien    **$3,098,280.00**    **$10,646,900.00**
Sports complex located at 500 & 620 Friday
Road, Cocoa, FL 32926 (47.88 acres)

Legal Description: See attached exhibit

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 8

Debtor    **Cocoa Expo Sports Center, LLC**
Name

Case number (if known)    **6:17-bk-00441-RAC**

**11/30/2011**
**Last 4 digits of account number**
**1707**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Urban Development Fund XXIII** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $7,229,320.00    $10,646,900.00

**216 W Ohio Street, 5th Floor**
**Chicago, IL 60654**

Sports complex located at 500 & 620 Friday Road, Cocoa, FL 32926 (47.88 acres)

**Legal Description: See attached exhibit**

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**11/30/2011**
**Last 4 digits of account number**
**9925**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$22,391,042. 08**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ATCF II Florida-A LLC, MTAG as Custodian for ATCF II Florida-A LLC**<br>**PO Box 54972**<br>**New Orleans, LA 70154** | Line **2.4** | |
| **Bank of Washington**<br>**c/o Armstrong Teasdale LLP**<br>**7700 Forsyth Blvd, Ste 1800**<br>**Attn: Bruce D. LeMoine**<br>**Saint Louis, MO 63105** | Line **2.2** | |

---

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number (if know) | **6:17-bk-00441-RAC** |
|---|---|---|---|

Name

**City Electric Supply Company**
c/o Michael E. Milne, Esq
Milne Law Group, PA
545 Delaney Ave, Bldg 8
Orlando, FL 32801

Line _**2.8**_

**Florida Power & Light Co**
PO Box 025209
Miami, FL 33102-5209

Line _**2.10**_

**Fortiline Inc**
fka MSC Waterworks Co
Attn: Branch Manager
2291 W Airport Blvd
Sanford, FL 32771

Line _**2.9**_

**Middlesex Paving LLC**
c/o Barry Kalmanson, PA
500 North Maitland Ave
Suite 305
Maitland, FL 32751

Line _**2.12**_

**MTAG as Custodian for CAZ**
Creek Florida II, LLC
PO Box 54900
New Orleans, LA 70154

Line _**2.6**_

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 8 of 8

**Fill in this information to identify the case:**

Debtor name **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:17-bk-00441-RAC**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Air Resources International**<br>**1600 Sarno Road, Suite 14**<br>**Melbourne, FL 32935** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Notice Only**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,869.57 |
|---|---|---|---|
| | **BSE Consultants, Inc**<br>**312 South Harbor City Blvd**<br>**Suite 4**<br>**Melbourne, FL 32901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **07/2011**<br>Last 4 digits of account number  **1123** | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,838.49 |
|---|---|---|---|
| | **City of Cocoa Utilities**<br>**Customer Service**<br>**65 Stone Street**<br>**Cocoa, FL 32922** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016-2017**<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,015.82 |
|---|---|---|---|
| | **Dale & Company**<br>**651 North Mills Avenue**<br>**Orlando, FL 32803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade debt**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number (if known) | **6:17-bk-00441-RAC** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,459.54 |
|---|---|---|---|

**Endurances Services Limited**
**3780 Mansell Road, Suite 400**
**Alpharetta, GA 30022**

Date(s) debt was incurred **7/2015**

Last 4 digits of account number **9600**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,911.04 |
|---|---|---|---|

**Fairmont State College**
**1300 Locust Avenue**
**PO Box 461**
**Fairmont, WV 26554**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,919.01 |
|---|---|---|---|

**Firetronics, Inc**
**1035 Pine Hollow Point Drive**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.19 |
|---|---|---|---|

**Florida City Gas**
**PO Box 4569**
**Location 6250**
**Atlanta, GA 30302-4569**

Date(s) debt was incurred **2016-2017**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,533.18 |
|---|---|---|---|

**Hanson**
**PO Box 842481**
**Dallas, TX 75284**

Date(s) debt was incurred **2/2015**

Last 4 digits of account number **1398**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,031.40 |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Tax penalties**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linnea & Richard Harding, as**
**rep Estate of Aaron S. Hardy**
**c/o Paul E. Bross, Esquire**
**50 N Grove Street**
**Merritt Island, FL 32953**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number (if known) | **6:17-bk-00441-RAC** |
|---|---|---|---|
| | Name | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**
**MBCI**
**NCI Group, Inc**
**PO Box 840326**
**Dallas, TX 75284**

Date(s) debt was incurred  **3/2015**

Last 4 digits of account number  **4888**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,601.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**
**New Line Transport**
**1204 NW 137th Avenue**
**Miami, FL 33182**

Date(s) debt was incurred  **6/2014**

Last 4 digits of account number  **3000**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,377.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Pac-Van, Inc**
**75 Remittance Drive**
**Suite 3300**
**Chicago, IL 60675-3300**

Date(s) debt was incurred  **7/2015**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,075.66**

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Smith & Associates**
**1499 S Harbor City Blvd**
**Suite 202**
**Melbourne, FL 32901**

Date(s) debt was incurred  **04/2015**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$128,157.36**

---

**3.16**

**Nonpriority creditor's name and mailing address**
**South Milhausen, PA**
**1000 Legion Place**
**Suite 1200**
**Orlando, FL 32801**

Date(s) debt was incurred  **9/2010**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,544.71**

---

**3.17**

**Nonpriority creditor's name and mailing address**
**Spectrum**
**PO Box 30574**
**Tampa, FL 33630-3574**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,585.29**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Sri Jalaram, LLC dba**
**Holiday Inn Express Cocoa**
**301 Tucker Lane**
**Cocoa, FL 32926**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ■ Yes

**$12,020.78**

---

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number (if known) | **6:17-bk-00441-RAC** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,009.40** |
|---|---|---|---|
| | **Sysco Central Florida, Inc** | ☐ Contingent | |
| | **200 West Story Road** | ☐ Unliquidated | |
| | **Ocoee, FL 34761-0130** | ☐ Disputed | |
| | Date(s) debt was incurred  __12/2014__ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number  __1717__ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,270.60** |
|---|---|---|---|
| | **Univ Engineering Sciences** | ☐ Contingent | |
| | **PO Box 25316** | ☐ Unliquidated | |
| | **Tampa, FL 33622-5316** | ☐ Disputed | |
| | Date(s) debt was incurred  __6/2016__ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$327.58** |
|---|---|---|---|
| | **Waste Management Inc of FL** | ☐ Contingent | |
| | **PO Box 42930** | ☐ Unliquidated | |
| | **Phoenix, AZ 85080** | ☐ Disputed | |
| | Date(s) debt was incurred  __2016-2017__ | **Basis for the claim:**  __Trade debt__ | |
| | Last 4 digits of account number  __1792__ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Holiday Inn Express Cocoa**<br>**301 Tucker Lane**<br>**Cocoa, FL 32926** | Line __3.18__<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Sri Jalaram, LLC**<br>**c/o Jay R. Thakkar, Esq**<br>**Cantwell & Goldman PA**<br>**96 Willard St, Suite 302**<br>**Cocoa, FL 32922** | Line __3.18__<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Sri Jalaram, LLC**<br>**525 Chaffee Point Blvd**<br>**Jacksonville, FL 32221** | Line __3.18__<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Sri Jalaram, LLC**<br>**5575 N Atlantic Ave**<br>**Cocoa Beach, FL 32931** | Line __3.18__<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $ | **447,172.62** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **447,172.62** |

---

Debtor    **Cocoa Expo Sports Center, LLC**                              Case number (if known)    **6:17-bk-00441-RAC**
          Name

**Fill in this information to identify the case:**

Debtor name **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:17-bk-00441-RAC**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Binding Development Plan, entered 11/13/12, and amended 12/16/14 & 12/16/16**<br><br><br>**Board of County Commissioner of Brevard County, Florida 2725 Judge Fran Jamieson Way Melbourne, FL 32940** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br><br>State the term remaining<br><br>List the contract number of any government contract | **30-year rental lease of 500 Friday Road, Cocoa, FL 32926, commencing on 11/30/11 and ending on 01/01/2042 (Debtor is Landlord)**<br>**25 years**<br><br>**Cocoa Expo Sports Center Tenant, LLC 500 Friday Road Cocoa, FL 32926** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for XL-4000 Dishmachine, dated 12/03/14, with year-to-year renewal term**<br><br>**Ecolab Inc Corporate Center 370 N Wabasha Street Saint Paul, MN 55102** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Oral month-to-month sublease for copier and storage units**<br><br><br>**Upland Development LLC 500 Friday Road Cocoa, FL 32926** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Cocoa Expo Sports Center, LLC**                                    Case number *(if known)*  **6:17-bk-00441-RAC**

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **3-year rental lease of property and storage facility, commencing April 1, 2012 and ending April 1, 2018** | |
|---|---|---|---|
| | State the term remaining | **1 year** | |
| | List the contract number of any government contract | | **Upland Investments, LLC**<br>**500 Friday Road**<br>**Cocoa, FL 32926** |

**Fill in this information to identify the case:**

Debtor name **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:17-bk-00441-RAC**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **FCCI Insurance Company** | **6300 University Parkway** **Sarasota, FL 34240** | **FPL** | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Leonard Unnerstall** | **602 St. Marys Road** **Villa Ridge, MO 63089** | **Bank of Washington** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Upland Develop of CFL, Inc** | **500 Friday Road** **Cocoa, FL 32926** | **M&M Electric of CFL, Inc** | ■ D ___2.11___ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Upland Ventures, Inc** | **500 Friday Road** **Cocoa, FL 32926** | **Middlesex Paving, LLC** | ■ D ___2.12___ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Upland Ventures, Inc** | **500 Friday Road** **Cocoa, FL 32926** | **Southern Fire Protection** | ■ D ___2.13___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Cocoa Expo Sports Center, LLC** | Case number *(if known)* | **6:17-bk-00441-RAC** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Upland Ventures, Inc | 500 Friday Road Cocoa, FL 32926 | Fortiline Waterworks | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.7 | Upland Ventures, Inc | 500 Friday Road Cocoa, FL 32926 | Armitage Plumbing, LLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.8 | Upland Ventures, Inc | 500 Friday Road Cocoa, FL 32926 | Sri Jalaram, LLC dba | ☐ D _____ ■ E/F ___3.18___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Cocoa Expo Sports Center, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:17-bk-00441-RAC**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                      04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$637,652.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$77,935.53** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | **Refund from City of Cocoa Utilities** | **$739.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | Cocoa Expo Sports Center, LLC | | Case number (if known) 6:17-bk-00441-RAC |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **P.A.A.D - What A Fan Charities Inc**<br>**6138 Burhley Court**<br>**Orlando, FL 32809** | **10/27/16** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Consulting__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or other transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Leonard Unnerstall**<br>**602 St. Marys Road**<br>**Villa Ridge, MO 63089**<br>**Member** | **January -**<br>**July, 2016** | **$283,372.29** | **Mortgage payment to Bank of Washington (insider is a guarantor)** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Bank of Washington v. Cocoa Expo Sports Center, LLC, et al.**<br>**17AB-CC00009** | **CC Promissory Note** | **20th Cir, Franklin County, MO**<br>**401 E Main Street**<br>**Room 100A**<br>**Union, MO 63084** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Cocoa Expo Sports Center, LLC | | Case number *(if known)* | 6:17-bk-00441-RAC |
| --- | --- | --- | --- | --- |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.2. | **Sri Jalaram LLC, etc. v. Cocoa Expo Sports Center, LLC, et al.**<br>**05-2016-CC-051010-XXXX-XX** | **COUNTY CIVIL** | **18th Cir, Brevard County FL**<br>**700 S Park Avenue, Bldg B**<br>**Titusville, FL 32780** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Middlesex Paving LLC v. Cocoa Expo Sports Center, LLC, et al.**<br>**05-2015-CA-043479-XXXX-XX** | **OTHER REAL PROP**<br>**50001-249999** | **18th Cir, Brevard County FL**<br>**700 S Park Avenue, Bldg B**<br>**Titusville, FL 32780** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Linnea Harding and Richard Harding, etc. v. Cocoa Expo Sports Center, LLC, et al.**<br>**05-2015-CA-023388-XXXX-XX** | **PREMISES LIABILITY COMMERCIAL** | **18th Cir, Brevard County FL**<br>**700 S Park Avenue, Bldg B**<br>**Titusville, FL 32780** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Brevard County v. Cocoa Expo Sports Center, LLC**<br>**05-2015-CA-018169-XXXX-XX** | **OTHER CIRCUIT CIVIL** | **18th Cir, Brevard County FL**<br>**700 S Park Avenue, Bldg B**<br>**Titusville, FL 32780** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **City Electric Supply Company v. Cocoa Expo Sports Center, LLC, et al.**<br>**05-2014-CA-044955-XXXX-XX** | **FCL-COMMERCIAL $250000 & >** | **18th Cir, Brevard County FL**<br>**700 S Park Avenue, Bldg B**<br>**Titusville, FL 32780** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Linnea Harding and Richard Harding, etc. v. Cocoa Expo Sports Center LLC, et al.**<br>**05-2014-CA-026201-XXXX-XX** | **NEGLIGENT SECURITY** | **18th Cir, Brevard County FL**<br>**700 S Park Avenue, Bldg B**<br>**Titusville, FL 32780** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **K C Curb Inc v. Cocoa Expo Sports Center LLC, et al.**<br>**05-2015-CA-029885-XXXX-XX** | **CONTRACT & INDEBTEDNESS** | **18th Cir, Brevard County FL**<br>**700 S Park Avenue, Bldg B**<br>**Titusville, FL 32780** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Cocoa Expo Sports Center, LLC**                    Case number *(if known)*    **6:17-bk-00441-RAC**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fisher Rushmer, P.A.** **390 North Orange Avenue** **Suite 2200** **Orlando, FL 32801-1642** | | **01/09/17** **01/23/17** | **$6,717.00** |
| | Email or website address **dmcfarlin@fisherlawfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Fisher Rushmer, P.A.** **390 North Orange Avenue** **Suite 2200** **Orlando, FL 32801-1642** | | **01/23/17** | **$25,000.00** |
| | Email or website address **dmcfarlin@fisherlawfirm.com** | | | |
| | Who made the payment, if not debtor? **Unnerstall Contracting Co LLC** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

| Debtor | Cocoa Expo Sports Center, LLC | Case number *(if known)* | 6:17-bk-00441-RAC |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Names, addresses and phone numbers

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Cocoa Expo Sports Center, LLC | | Case number *(if known)* | 6:17-bk-00441-RAC |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **5120 Hwy 520 Cocoa, FL 32926** | **Dustin Unnerstall Vince Unnerstall John Olcsvay** | **Building materials** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Cocoa Expo Sports Center, LLC | Case number *(if known)* | 6:17-bk-00441-RAC |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Bridgit Land**<br>**500 Friday Road**<br>**Cocoa, FL 32926** | **2011 to present** |
| 26a.2. | **R.A. Simasek, PA**<br>**601 N Ferncreek Avenue**<br>**Suite 110**<br>**Orlando, FL 32803** | **2012 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **R.A. Simasek, PA**<br>**601 N Ferncreek Avenue**<br>**Suite 110**<br>**Orlando, FL 32803** | **2012 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **R.A. Simasek, PA**<br>**601 N Ferncreek Avenue**<br>**Suite 110**<br>**Orlando, FL 32803** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | Cocoa Expo Sports Center, LLC | Case number (if known) | 6:17-bk-00441-RAC |
|---|---|---|---|

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey C. Unnerstall | 500 Friday Road<br>Cocoa, FL 32926 | Managing Member | 85 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leonard Unnerstall | 602 St. Mary's Road<br>Villa Ridge, MO 63089 | Member | 15 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jeffrey C. Unnerstall<br>500 Friday Road<br>Cocoa, FL 32926 | $63,000 (paid by affiliate of debtor, Cocoa Expo Sports Center Tenant, LLC) | 2016 | Annual salary |
| | Relationship to debtor<br>Managing Member | | | |
| 30.2. | See attached exhibit | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Cocoa Expo Sports Center, LLC**                                        Case number (if known)  **6:17-bk-00441-RAC**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No

☐  Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent corporation**

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2017**

_____            **Jeffrey C. Unnerstall**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

1:57 PM

02/10/17

Accrual Basis

## Cocoa Expo Sports Center, LLC
## Custom Transaction Detail Report
### January 1, 2016 through January 23, 2017

| Type | Date | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Seacoast Deposit** | | | | | | | |
| Transfer | 6/30/2016 | trsfr to Breezy | Seacoast Deposit | Due from Breezy Palms I LLC | | 1,000.00 | -1,000.00 |
| Transfer | 8/5/2016 | trsfr to Breezy | Seacoast Deposit | Due from Breezy Palms I LLC | | 500.00 | -1,500.00 |
| Transfer | 9/2/2016 | trsfr to Breezy | Seacoast Deposit | Due from Breezy Palms I LLC | | 600.00 | -2,100.00 |
| Transfer | 11/7/2016 | trsfr to Breezy | Seacoast Deposit | Due from Breezy Palms I LLC | | 3,900.00 | -6,000.00 |
| Transfer | 12/12/2016 | trsfr to Breezy | Seacoast Deposit | Due from Breezy Palms I LLC | | 135.00 | -6,135.00 |
| Transfer | 12/22/2016 | trsfr to Breezy | Seacoast Deposit | Due from Breezy Palms I LLC | | 100.00 | -6,235.00 |
| Transfer | 1/14/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 2,000.00 | -8,235.00 |
| Transfer | 1/19/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,000.00 | -9,235.00 |
| Transfer | 1/19/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,000.00 | -10,235.00 |
| Transfer | 2/10/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,700.00 | -11,935.00 |
| Transfer | 2/29/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 500.00 | -12,435.00 |
| Transfer | 2/18/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,200.00 | -13,635.00 |
| Transfer | 2/19/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,000.00 | -14,635.00 |
| Transfer | 2/23/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,200.00 | -15,835.00 |
| Transfer | 2/24/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 500.00 | -16,335.00 |
| Transfer | 3/1/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,000.00 | -17,335.00 |
| Transfer | 3/3/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,000.00 | -18,335.00 |
| Transfer | 3/7/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 500.00 | -18,835.00 |
| Transfer | 3/8/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 5,000.00 | -23,835.00 |
| Transfer | 3/11/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 3,000.00 | -26,835.00 |
| Transfer | 3/11/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 300.00 | -27,135.00 |
| Transfer | 3/14/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 500.00 | -27,635.00 |
| Transfer | 3/16/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,093.84 | -28,728.84 |
| Transfer | 3/17/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 100.00 | -28,828.84 |
| Transfer | 3/18/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 20.00 | -28,848.84 |
| Transfer | 3/21/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 50.00 | -28,898.84 |
| Transfer | 3/22/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 400.00 | -29,298.84 |
| Transfer | 3/22/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 200.00 | -29,498.84 |
| Transfer | 3/23/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 50.00 | -29,548.84 |
| Transfer | 3/24/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 3,000.00 | -32,548.84 |
| Transfer | 3/24/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,600.00 | -34,148.84 |
| Transfer | 3/24/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 600.00 | -34,748.84 |
| Transfer | 4/7/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 500.00 | -35,248.84 |
| Transfer | 5/12/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 1,500.00 | -36,748.84 |
| Transfer | 6/28/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 500.00 | -37,248.84 |
| Transfer | 6/17/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 200.00 | -37,448.84 |
| Transfer | 6/22/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 300.00 | -37,748.84 |
| Transfer | 8/12/2016 | trsfr to Upland | Seacoast Deposit | Due from Upland Ventures | | 350.00 | -38,098.84 |
| Transfer | 11/9/2016 | trsfr to ASC | Seacoast Deposit | Due to ASC | | 450.00 | -38,548.84 |
| Transfer | 12/8/2016 | trsfr to ASC | Seacoast Deposit | Due to ASC | | 1,900.00 | -40,448.84 |
| Transfer | 12/8/2016 | trsfr to ASC | Seacoast Deposit | Due to ASC | | 500.00 | -40,948.84 |
| Transfer | 1/4/2016 | trsfr to Breezy | Seacoast Deposit | Loans from Shareholders | | 200.00 | -41,148.84 |
| Transfer | 1/7/2016 | trsfr to Breezy | Seacoast Deposit | Loans from Shareholders | | 300.00 | -41,448.84 |
| Transfer | 1/22/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 1,700.00 | -43,148.84 |
| Transfer | 1/27/2016 | | Seacoast Deposit | Loans from Shareholders | | 10,000.00 | -53,148.84 |
| Transfer | 1/29/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 2,000.00 | -55,148.84 |
| Transfer | 2/17/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 300.00 | -55,448.84 |
| Transfer | 2/19/2016 | | Seacoast Deposit | Loans from Shareholders | | 12,000.00 | -67,448.84 |
| Transfer | 2/26/2016 | | Seacoast Deposit | Loans from Shareholders | | 7,203.81 | -74,652.65 |
| Transfer | 3/2/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 1,000.00 | -75,652.65 |
| Transfer | 3/4/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 2,000.00 | -77,652.65 |
| Transfer | 3/7/2016 | trsfr to Breezy | Seacoast Deposit | Loans from Shareholders | | 500.00 | -78,152.65 |
| Transfer | 3/8/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 100.00 | -78,252.65 |
| Transfer | 3/22/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 4,920.00 | -83,172.65 |
| Transfer | 5/2/2016 | trsfr to Breezy | Seacoast Deposit | Loans from Shareholders | | 300.00 | -83,472.65 |

1:57 PM

02/10/17

Accrual Basis

# Cocoa Expo Sports Center, LLC
## Custom Transaction Detail Report
### January 1, 2016 through January 23, 2017

| Type | Date | Memo | Account | Split | Debit | Credit | Balance |
|------|------|------|---------|-------|-------|--------|---------|
| Transfer | 5/17/2016 | trsfr to Eztopeliz | Seacoast Deposit | Loans from Shareholders | | 550.00 | -84,022.65 |
| Transfer | 7/13/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 800.00 | -84,822.65 |
| Transfer | 8/3/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 250.00 | -85,072.65 |
| Transfer | 8/12/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 100.00 | -85,172.65 |
| Transfer | 8/25/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 1,200.00 | -86,372.65 |
| Transfer | 8/31/2016 | trsfr to ckg | Seacoast Deposit | Loans from Shareholders | | 300.00 | -86,672.65 |
| Transfer | 9/28/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 1,400.00 | -88,072.65 |
| Transfer | 10/19/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 500.00 | -88,572.65 |
| Transfer | 10/28/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 600.00 | -89,172.65 |
| Transfer | 11/1/2016 | trsfr to Greater | Seacoast Deposit | Loans from Shareholders | | 200.00 | -89,372.65 |
| Transfer | 11/17/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 1,000.00 | -90,372.65 |
| Transfer | 11/21/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 37.00 | -90,409.65 |
| Transfer | 12/1/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 1,000.00 | -91,409.65 |
| Transfer | 12/8/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 1,250.00 | -92,659.65 |
| Transfer | 12/30/2016 | trsfr to Jeff | Seacoast Deposit | Loans from Shareholders | | 3,500.00 | -96,159.65 |
| Transfer | 1/4/2016 | trsfr to Upland | Seacoast Deposit | Project Costs | | 500.00 | -96,659.65 |
| Transfer | 1/13/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -97,659.65 |
| Transfer | 1/15/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 700.00 | -98,359.65 |
| Transfer | 1/20/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 500.00 | -98,859.65 |
| Transfer | 1/28/2016 | trsfr to Cocoa pr | Seacoast Deposit | Project Costs | | 11,000.00 | -109,859.65 |
| Transfer | 1/28/2016 | trsfr to Cocoa pr | Seacoast Deposit | Project Costs | | 500.00 | -110,359.65 |
| Transfer | 1/29/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 400.00 | -110,759.65 |
| Transfer | 2/1/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 4,000.00 | -114,759.65 |
| Transfer | 2/3/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 500.00 | -115,259.65 |
| Transfer | 2/5/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 200.00 | -115,459.65 |
| Transfer | 2/9/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,500.00 | -116,959.65 |
| Transfer | 2/10/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 500.00 | -117,459.65 |
| Transfer | 2/12/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,500.00 | -118,959.65 |
| Transfer | 2/16/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 7,500.00 | -126,459.65 |
| Transfer | 2/29/2016 | trsft to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -127,459.65 |
| Transfer | 2/23/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 4,000.00 | -131,459.65 |
| Transfer | 2/26/2016 | trsfr to Cocoa pr | Seacoast Deposit | Project Costs | | 17,956.16 | -149,415.81 |
| Transfer | 3/2/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 5,000.00 | -154,415.81 |
| Transfer | 3/4/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -156,415.81 |
| Transfer | 3/10/2016 | trsfr to Cocoa pr | Seacoast Deposit | Project Costs | | 20,721.35 | -177,137.16 |
| Transfer | 3/11/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,600.00 | -178,737.16 |
| Transfer | 3/14/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 4,500.00 | -183,237.16 |
| Transfer | 3/16/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 3,000.00 | -186,237.16 |
| Transfer | 3/18/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,500.00 | -187,737.16 |
| Transfer | 3/21/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 6,000.00 | -193,737.16 |
| Transfer | 3/21/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 3,500.00 | -197,237.16 |
| Transfer | 3/22/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -198,237.16 |
| Transfer | 3/23/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 6,500.00 | -204,737.16 |
| Transfer | 3/24/2016 | trsfr to Cocoa pr | Seacoast Deposit | Project Costs | | 22,450.36 | -227,187.52 |
| Transfer | 3/25/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 4,500.00 | -231,687.52 |
| Transfer | 3/25/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 200.00 | -231,887.52 |
| Transfer | 3/29/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 15,000.00 | -246,887.52 |
| Transfer | 3/30/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 200.00 | -247,087.52 |
| Transfer | 3/31/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 3,500.00 | -250,587.52 |
| Transfer | 4/4/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -252,587.52 |
| Transfer | 4/6/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 500.00 | -253,087.52 |
| Transfer | 4/7/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -255,087.52 |
| Transfer | 4/12/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,500.00 | -256,587.52 |
| Transfer | 4/28/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 300.00 | -256,887.52 |
| Transfer | 5/10/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 6,000.00 | -262,887.52 |
| Transfer | 5/11/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 1,500.00 | -264,387.52 |

# Cocoa Expo Sports Center, LLC
## Custom Transaction Detail Report
### January 1, 2016 through January 23, 2017

| Type | Date | Memo | Account | Split | Debit | Credit | Balance |
|------|------|------|---------|-------|-------|--------|---------|
| Transfer | 6/3/2016 | trsfr to Cocoa Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -266,387.52 |
| Transfer | 6/7/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 3,000.00 | -269,387.52 |
| Transfer | 6/9/2016 | trsfr to Upland | Seacoast Deposit | Project Costs | | 100.00 | -269,487.52 |
| Transfer | 6/13/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 3,500.00 | -272,987.52 |
| Transfer | 6/16/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 700.00 | -273,687.52 |
| Transfer | 6/21/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 800.00 | -274,487.52 |
| Transfer | 7/1/2016 | trsfr to Cocoa pr | Seacoast Deposit | Project Costs | | 200.00 | -274,687.52 |
| Transfer | 7/12/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 3,500.00 | -278,187.52 |
| Transfer | 7/12/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 3,000.00 | -281,187.52 |
| Transfer | 7/14/2016 | trsfr to Upland | Seacoast Deposit | Project Costs | | 1,450.00 | -282,637.52 |
| Transfer | 7/21/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 1,500.00 | -284,137.52 |
| Transfer | 7/29/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 6,500.00 | -290,637.52 |
| Transfer | 7/25/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 4,000.00 | -294,637.52 |
| Transfer | 7/29/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -295,637.52 |
| Transfer | 8/2/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -297,637.52 |
| Transfer | 8/5/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -299,637.52 |
| Transfer | 8/8/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 500.00 | -300,137.52 |
| Transfer | 8/18/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 500.00 | -300,637.52 |
| Transfer | 8/19/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 500.00 | -301,137.52 |
| Transfer | 8/23/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 500.00 | -301,637.52 |
| Transfer | 8/25/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 800.00 | -302,437.52 |
| Transfer | 8/26/2016 | trsfr to Tenant pr | Seacoast Deposit | Project Costs | | 10,000.00 | -312,437.52 |
| Transfer | 8/26/2016 | trsfr to Tenant pr | Seacoast Deposit | Project Costs | | 1,800.00 | -314,237.52 |
| Transfer | 9/2/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 500.00 | -314,737.52 |
| Transfer | 9/7/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 500.00 | -315,237.52 |
| Transfer | 9/14/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 3,000.00 | -318,237.52 |
| Transfer | 9/29/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 500.00 | -318,737.52 |
| Transfer | 9/30/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 300.00 | -319,037.52 |
| Transfer | 9/30/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 100.00 | -319,137.52 |
| Transfer | 10/18/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -321,137.52 |
| Transfer | 10/17/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 5,000.00 | -326,137.52 |
| Transfer | 10/24/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -328,137.52 |
| Transfer | 10/24/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -330,137.52 |
| Transfer | 10/31/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 6,000.00 | -336,137.52 |
| Transfer | 11/3/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -337,137.52 |
| Transfer | 11/7/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -339,137.52 |
| Transfer | 11/18/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 700.00 | -339,837.52 |
| Transfer | 12/1/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,600.00 | -342,437.52 |
| Transfer | 12/2/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 1,500.00 | -343,937.52 |
| Transfer | 12/8/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,500.00 | -346,437.52 |
| Transfer | 12/13/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -347,437.52 |
| Transfer | 12/20/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -349,437.52 |
| Transfer | 12/27/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -350,437.52 |
| Transfer | 12/28/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 2,000.00 | -352,437.52 |
| Transfer | 12/29/2016 | trsfr to Tenant | Seacoast Deposit | Project Costs | | 1,000.00 | -353,437.52 |
| Transfer | 2/2/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 300.00 | -353,737.52 |
| Transfer | 2/10/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 500.00 | -354,237.52 |
| Transfer | 2/11/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 100.00 | -354,337.52 |
| Transfer | 2/12/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -355,337.52 |
| Transfer | 2/12/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 200.00 | -355,537.52 |
| Transfer | 2/18/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,500.00 | -358,037.52 |
| Transfer | 2/19/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,500.00 | -360,537.52 |
| Transfer | 2/19/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 200.00 | -360,737.52 |
| Transfer | 2/22/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 14,590.00 | -375,327.52 |
| Transfer | 2/22/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 100.00 | -375,427.52 |
| Transfer | 2/24/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 6,000.00 | -381,427.52 |

1:57 PM

02/10/17

Accrual Basis

# Cocoa Expo Sports Center, LLC
## Custom Transaction Detail Report
### January 1, 2016 through January 23, 2017

| Type | Date | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Transfer | 2/29/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 56,000.00 | -437,427.52 |
| Transfer | 2/29/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,000.00 | -439,427.52 |
| Transfer | 3/3/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,500.00 | -440,927.52 |
| Transfer | 3/4/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,000.00 | -442,927.52 |
| Transfer | 3/8/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 60,000.00 | -502,927.52 |
| Transfer | 3/10/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,500.00 | -504,427.52 |
| Transfer | 3/11/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 3,500.00 | -507,927.52 |
| Transfer | 3/11/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 3,000.00 | -510,927.52 |
| Transfer | 3/14/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 4,000.00 | -514,927.52 |
| Transfer | 3/16/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 4,000.00 | -518,927.52 |
| Transfer | 3/17/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,000.00 | -520,927.52 |
| Transfer | 3/18/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 5,000.00 | -525,927.52 |
| Transfer | 3/18/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 3,000.00 | -528,927.52 |
| Transfer | 3/18/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,000.00 | -530,927.52 |
| Transfer | 3/21/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 5,000.00 | -535,927.52 |
| Transfer | 3/21/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,500.00 | -538,427.52 |
| Transfer | 3/22/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 10,000.00 | -548,427.52 |
| Transfer | 3/22/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 4,000.00 | -552,427.52 |
| Transfer | 3/22/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 4,000.00 | -556,427.52 |
| Transfer | 3/22/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,400.00 | -558,827.52 |
| Transfer | 3/23/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 4,000.00 | -562,827.52 |
| Transfer | 3/24/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,000.00 | -564,827.52 |
| Transfer | 3/25/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 3,000.00 | -567,827.52 |
| Transfer | 3/28/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 15,000.00 | -582,827.52 |
| Transfer | 3/29/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 3,000.00 | -585,827.52 |
| Transfer | 3/30/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,500.00 | -587,327.52 |
| Transfer | 3/30/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 200.00 | -587,527.52 |
| Transfer | 3/31/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 10,000.00 | -597,527.52 |
| Transfer | 4/4/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 5,000.00 | -602,527.52 |
| Transfer | 4/4/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 300.00 | -602,827.52 |
| Transfer | 4/6/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -603,827.52 |
| Transfer | 4/8/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,500.00 | -606,327.52 |
| Transfer | 4/15/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 200.00 | -606,527.52 |
| Transfer | 4/15/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 200.00 | -606,727.52 |
| Transfer | 4/25/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 10,000.00 | -616,727.52 |
| Transfer | 4/25/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 7,000.00 | -623,727.52 |
| Transfer | 4/25/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -624,727.52 |
| Transfer | 4/7/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -625,727.52 |
| Transfer | 5/6/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 100.00 | -625,827.52 |
| Transfer | 5/9/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 200.00 | -626,027.52 |
| Transfer | 5/9/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 100.00 | -626,127.52 |
| Transfer | 5/25/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 8,500.00 | -634,627.52 |
| Transfer | 6/13/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 100.00 | -634,727.52 |
| Transfer | 6/24/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 400.00 | -635,127.52 |
| Transfer | 6/30/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 500.00 | -635,627.52 |
| Transfer | 6/29/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 200.00 | -635,827.52 |
| Transfer | 7/1/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 100.00 | -635,927.52 |
| Transfer | 7/8/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -636,927.52 |
| Transfer | 7/11/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,000.00 | -638,927.52 |
| Transfer | 7/13/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 300.00 | -639,227.52 |
| Transfer | 7/12/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 100.00 | -639,327.52 |
| Transfer | 7/18/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 700.00 | -640,027.52 |
| Transfer | 7/29/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 4,500.00 | -644,527.52 |
| Transfer | 8/5/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 500.00 | -645,027.52 |
| Transfer | 8/16/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 300.00 | -645,327.52 |
| Transfer | 9/2/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -646,327.52 |

## Cocoa Expo Sports Center, LLC
## Custom Transaction Detail Report
### January 1, 2016 through January 23, 2017

| Type | Date | Memo | Account | Split | Debit | Credit | Balance |
|------|------|------|---------|-------|-------|--------|---------|
| Transfer | 9/6/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -647,327.52 |
| Transfer | 9/6/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -648,327.52 |
| Transfer | 9/29/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 500.00 | -648,827.52 |
| Transfer | 9/30/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 500.00 | -649,327.52 |
| Transfer | 10/11/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 500.00 | -649,827.52 |
| Transfer | 10/12/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -650,827.52 |
| Transfer | 10/13/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,700.00 | -653,527.52 |
| Transfer | 10/28/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 2,000.00 | -655,527.52 |
| Transfer | 11/2/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 1,000.00 | -656,527.52 |
| Transfer | 11/7/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 500.00 | -657,027.52 |
| Transfer | 11/21/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 400.00 | -657,427.52 |
| Transfer | 12/2/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 800.00 | -658,227.52 |
| Transfer | 12/2/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 700.00 | -658,927.52 |
| Transfer | 12/8/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 800.00 | -659,727.52 |
| Transfer | 12/8/2016 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 300.00 | -660,027.52 |
| Transfer | 1/3/2017 | Funds Transfer | Seacoast Deposit | Seacoast Checking | | 50.00 | -660,077.52 |
| Total Seacoast Deposit | | | | | 0.00 | 660,077.52 | -660,077.52 |
| **Seacoast Checking** | | | | | | | |
| Transfer | 7/5/2016 | trsfr to Breezy | Seacoast Checking | Due from Breezy Palms I LLC | | 200.00 | -200.00 |
| Transfer | 7/28/2016 | trsfr to Breezy | Seacoast Checking | Due from Breezy Palms I LLC | | 500.00 | -700.00 |
| Transfer | 8/1/2016 | trsfr to Breezy | Seacoast Checking | Due from Breezy Palms I LLC | | 500.00 | -1,200.00 |
| Transfer | 8/26/2016 | trsfr to Breezy | Seacoast Checking | Due from Breezy Palms I LLC | | 1,700.00 | -2,900.00 |
| Transfer | 11/7/2016 | trsfr to Breezy | Seacoast Checking | Due from Breezy Palms I LLC | | 400.00 | -3,300.00 |
| Transfer | 5/13/2016 | trsfr to Upland | Seacoast Checking | Due from Upland Ventures | | 400.00 | -3,700.00 |
| Transfer | 7/18/2016 | trsfr to Upland | Seacoast Checking | Due from Upland Ventures | | 10.00 | -3,710.00 |
| Transfer | 9/15/2016 | trsfr to Upland | Seacoast Checking | Due from Upland Ventures | | 1,115.00 | -4,825.00 |
| Transfer | 9/13/2016 | trsfr to Upland | Seacoast Checking | Due from Upland Ventures | | 20.00 | -4,845.00 |
| Transfer | 4/4/2016 | wire to Cindy | Seacoast Checking | Loans from Shareholders | | 300.00 | -5,145.00 |
| Transfer | 4/21/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 22,278.93 | -27,423.93 |
| Transfer | 4/21/2016 | trsfr to Breezy | Seacoast Checking | Loans from Shareholders | | 8,000.00 | -35,423.93 |
| Transfer | 5/17/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 1,100.00 | -36,523.93 |
| Transfer | 5/25/2016 | | Seacoast Checking | Loans from Shareholders | | 51,000.00 | -87,523.93 |
| Transfer | 5/25/2016 | | Seacoast Checking | Loans from Shareholders | | 10,000.00 | -97,523.93 |
| Transfer | 5/25/2016 | trsfr to Breezy | Seacoast Checking | Loans from Shareholders | | 3,000.00 | -100,523.93 |
| Transfer | 5/27/2016 | trsfr to Breezy | Seacoast Checking | Loans from Shareholders | | 3,200.00 | -103,723.93 |
| Transfer | 5/31/2016 | trsfr to Breezy | Seacoast Checking | Loans from Shareholders | | 500.00 | -104,223.93 |
| Transfer | 6/3/2016 | trsfr to Breezy | Seacoast Checking | Loans from Shareholders | | 500.00 | -104,723.93 |
| Transfer | 7/18/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 6,500.00 | -111,223.93 |
| Transfer | 7/18/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 1,000.00 | -112,223.93 |
| Transfer | 7/26/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 700.00 | -112,923.93 |
| Transfer | 8/3/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 1,000.00 | -113,923.93 |
| Transfer | 9/15/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 200.00 | -114,123.93 |
| Transfer | 10/18/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 10.00 | -114,133.93 |
| Transfer | 10/13/2016 | Funds Transfer | Seacoast Checking | Loans from Shareholders | | 300.00 | -114,433.93 |
| Transfer | 10/26/2016 | Funds Transfer | Seacoast Checking | Loans from Shareholders | | 300.00 | -114,733.93 |
| Transfer | 11/21/2016 | wire to Cindy | Seacoast Checking | Loans from Shareholders | | 200.00 | -114,933.93 |
| Transfer | 12/7/2016 | trsfr to Jeff | Seacoast Checking | Loans from Shareholders | | 1,350.00 | -116,283.93 |
| Transfer | 1/28/2016 | trsfr to Cocoa pr | Seacoast Checking | Project Costs | | 2,000.00 | -118,283.93 |
| Transfer | 1/28/2016 | trsfr to Cocoa pr | Seacoast Checking | Project Costs | | 100.00 | -118,383.93 |
| Transfer | 2/5/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 600.00 | -118,983.93 |
| Transfer | 3/9/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 17,500.00 | -136,483.93 |
| Transfer | 4/20/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 500.00 | -136,983.93 |
| Transfer | 4/28/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 100.00 | -137,083.93 |
| Transfer | 5/16/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 2,700.00 | -139,783.93 |
| Transfer | 5/17/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 3,000.00 | -142,783.93 |

## Cocoa Expo Sports Center, LLC
## Custom Transaction Detail Report
### January 1, 2016 through January 23, 2017

| Type | Date | Memo | Account | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Transfer | 5/17/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 500.00 | -143,283.93 |
| Transfer | 5/17/2016 | trsfr to Upland | Seacoast Checking | Project Costs | | 150.00 | -143,433.93 |
| Transfer | 5/18/2016 | trsfr to Upland | Seacoast Checking | Project Costs | | 150.00 | -143,583.93 |
| Transfer | 5/20/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 2,000.00 | -145,583.93 |
| Transfer | 5/18/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 100.00 | -145,683.93 |
| Transfer | 5/24/2016 | trsfr to Upland | Seacoast Checking | Project Costs | | 100.00 | -145,783.93 |
| Transfer | 5/25/2016 | trsfr to Upland | Seacoast Checking | Project Costs | | 20.00 | -145,803.93 |
| Transfer | 5/27/2016 | trsfr to Upland | Seacoast Checking | Project Costs | | 100.00 | -145,903.93 |
| Transfer | 6/1/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 1,000.00 | -146,903.93 |
| Transfer | 6/7/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 1,000.00 | -147,903.93 |
| Transfer | 6/7/2016 | trsfr to Upland | Seacoast Checking | Project Costs | | 600.00 | -148,503.93 |
| Transfer | 7/5/2016 | trsfr to Cocoa Tenant | Seacoast Checking | Project Costs | | 9,500.00 | -158,003.93 |
| Transfer | 7/19/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 7,500.00 | -165,503.93 |
| Transfer | 7/26/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 2,600.00 | -168,103.93 |
| Transfer | 7/26/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 1,000.00 | -169,103.93 |
| Transfer | 7/28/2016 | trsfr to Cocoa pr | Seacoast Checking | Project Costs | | 17,586.50 | -186,690.43 |
| Transfer | 7/28/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 2,000.00 | -188,690.43 |
| Transfer | 8/9/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 2,000.00 | -190,690.43 |
| Transfer | 8/23/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 1,600.00 | -192,290.43 |
| Transfer | 8/26/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 315.00 | -192,605.43 |
| Transfer | 8/26/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 200.00 | -192,805.43 |
| Transfer | 8/26/2016 | trsfr to Tenant pr | Seacoast Checking | Project Costs | | 4,300.00 | -197,105.43 |
| Transfer | 9/15/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 200.00 | -197,305.43 |
| Transfer | 9/27/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 1,500.00 | -198,805.43 |
| Transfer | 9/12/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 200.00 | -199,005.43 |
| Transfer | 10/3/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 600.00 | -199,605.43 |
| Transfer | 12/27/2016 | trsfr to Tenant | Seacoast Checking | Project Costs | | 1,500.00 | -201,105.43 |
| Transfer | 12/15/2016 | Funds Transfer | Seacoast Checking | Seacoast Deposit | | 2,000.00 | -203,105.43 |
| Total Seacoast Checking | | | | | 0.00 | 203,105.43 | -203,105.43 |
| **TOTAL** | | | | | **0.00** | **863,182.95** | **-863,182.95** |

# United States Bankruptcy Court
## Middle District of Florida

| In re | Cocoa Expo Sports Center, LLC | | Case No. | 6:17-bk-00441-RAC |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jeffrey C. Unnerstall<br>500 Friday Road<br>Cocoa, FL 32926 | | | 85% managing member |
| Leonard Unnerstall<br>602 St. Mary's Road<br>Villa Ridge, MO 63089 | | | 15% member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 13, 2017

Signature    Jeffrey C. Unnerstall

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.