ORDERED.

**Dated:  April 04, 2017**

_____

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Chapter 11

Cocoa Expo Sports Center, LLC,                          Case No.: 6:17-bk-00441-RAC

       Taxpayer ID No. 27-4509245,

       Debtor.

_____/

### SECOND PRELIMINARY ORDER GRANTING DEBTOR'S MOTION TO PAY POST-PETITION COMPENSATION AND BENEFITS TO INSIDER AND SCHEDULING HEARING FOR MAY 18, 2017 AT 2:30 PM

THIS CASE came before the Court at a preliminary hearing on March 30, 2017, to consider and act upon the Debtor's motion (Doc. No. 48) to pay post-petition compensation and benefits to Jeffrey C. Unnerstall (the "Insider").  For the reasons stated and recorded in open court, it is

**ORDERED:**

1.    If the Debtor is otherwise current in the payment of all post-bankruptcy obligations, then the Debtor is authorized to provide compensation to Insider as follows:

2

| Name | Monthly Gross Compensation | Medical Benefits |
|---|---|---|
| Jeffrey C. Unnerstall | $6,500.00 | Included in compensation |

2.      If the Insider is not paid due to insufficient funds, then the compensation will not accrue as a Chapter 11 administrative expense.

3.      A further hearing on the motion is scheduled for **May 18, 2017 at 2:30 PM.**

Attorney David R. McFarlin is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

L:\DRM\Cocoa Expo Sports Center, LLC - 2587\Court Documents\2nd wage order - insider.docx