UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Cocoa Expo Sports Center, LLC,

                Taxpayer ID No. 27-4509245,

                   Debtor.

_____/

Case No.: 6:17-bk-00441-KSJ
Chapter 11

## DEBTOR'S MOTION FOR FINAL DECREE

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, David R. McFarlin, Fisher Rushmer, P.A., 390 N. Orange Ave., Suite 2200, Orlando, FL 32801, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Debtor, Cocoa Expo Sports Center, LLC, requests a final decree closing this case and states that:

A.    **Background.**

1.    The Order (Doc. No. 173) confirming Debtor's First Amended Plan of Reorganization (Doc. No. 147), as modified (Doc. No. 162) (collectively, the "Plan"), was entered on August 21, 2017. The Effective Date of the Plan was September 29, 2017.

2.      The Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2). Attached is Debtor's verified final report and accounting of payment of claims and substantial consummation.

3.      A status conference in this case is scheduled for June 13, 2018.

**B.      <u>Legal Authority</u>**.  Bankruptcy Code § 350(a) provides that: "after an estate is fully administered and the court has discharged the trustee, the court shall close the case."

Bankruptcy Rule 3022 provides: "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion, or on motion of a party in interest, shall enter a final decree closing the case."

Local Rule 3022-1 provides in relevant part:

> (a) ***Non-Individual Debtors.*** Unless extended by the Court, on or before the later of 30 days after the order of confirmation in a case under Chapter 11, or 30 days after the disposition of all adversary proceedings, contested matters, and objections to claims, the debtor's attorney shall file a certificate of substantial consummation together with a motion for final decree.

The order confirming Plan was entered August 21, 2017.  Debtor is a non-individual debtor.  There are no pending adversary proceedings, contested matters, or objections to claims. The Plan has been substantially consummated.

Therefore, Debtor requests the order of this Court closing this case, retroactive to the date of filing this motion, and granting such further relief as may be appropriate.

**C.**    **<u>Certificate of Service</u>**.    I certify that a copy of this motion for final decree has been

served on June 11, 2018: (i) on all "filing users" through the CM/ECF system; and (ii) by first

class United States mail, postage prepaid, to all "non-filing" users as listed on the mailing matrix

attached to the original of this document filed with the Court.

/s/ David R. McFarlin
_____
David R. McFarlin
Florida Bar No. 328855
Fisher Rushmer, P.A.
390 N. Orange Ave., Suite 2200
Post Office Box 3753
Orlando, FL 32802-3753
Telephone (407) 843-2111
Facsimile (407) 422-1080
dmcfarlin@fisherlawfirm.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Cocoa Expo Sports Center, LLC,

        Taxpayer ID No. 27-4509245,

           Debtor.

_____/

Case No.: 6:17-bk-00441-KSJ
Chapter 11

## VERIFIED FINAL REPORT AND ACCOUNTING OF
## PAYMENT OF CLAIMS AND SUBSTANTIAL CONSUMMATION

Under penalty of perjury, I declare that:

1.      I am the managing member of Debtor.  I have possession and custody of books and records of the Debtor relating to the payment of claims and distribution of property under the Debtor's First Amended Plan of Reorganization (Doc. No. 147), as modified (Doc. No. 162) (collectively, the "Plan").

2.      Property has been distributed pursuant to the provisions of the Plan and the Order (Doc. No. 173) confirming Plan. As more fully set forth on the attached exhibit, the Plan has been substantially consummated within the meaning of 11 U.S.C. § 1101(2).

Dated: May 31 , 2018.

Cocoa Expo Sports Center, LLC

By: _____
Jeffrey C. Unnerstall, Managing Member

FINAL REPORT AND ACCOUNT - IMPAIRED CLASSES

Cocoa Expo Sports Center, LLC
Case No. 6:17-bk-00441-KSJ
Confirmation Order (Doc. No. 173) dated August 21, 2017
Effective Date: September 29, 2017

| A. | IMPAIRED CLASSES | SCHEDULED AMOUNT | CLAIM AMOUNT | CL. NO. | AMOUNT ALLOWED | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|---|---|
| | **Class VI - Allowed Secured Claim of Bank of Washington** | 11,113,905.28 | 3,751,375.00 | 9 | 3,751,375.00 | N/A | (i) Executed management agreement<br>(ii) Executed declaration regarding vehicles<br>(iii) Received transfers of real estate & construction materials<br>(iv) Tendered renewed loan documents & mortgage |
| | **Class VII - Allowed Secured Claim of Bank of Washington** | | 4,385,746.56 | 15 | 4,385,746.56 | N/A | (i) Executed management agreement<br>(ii) Executed declaration regarding vehicles<br>(iii) Received transfers of real estate & construction materials<br>(iv) Tendered renewed loan documents & mortgage |
| | **Class VIII - Allowed Secured Claim of Bank of Washington** | | 3,024,921.13 | 16 | 3,024,921.13 | N/A | (i) Executed management agreement<br>(ii) Executed declaration regarding vehicles<br>(iii) Received transfers of real estate & construction materials<br>(iv) Tendered renewed loan documents & mortgage |
| | **Class IX - Allowed Secured Claim of Armitage Plumbing, LLC** | 4,389.88 | | | 4,389.88 | 4,389.88 | |
| | **Class X - Allowed Secured Claim of Board of County Commissioner** | 38,250.00 | 49,137.00 | 30 | 38,250.00 | 38,250.00 | See agreed order sustaining obj (Doc. No. 181) |
| | **Class XI - Allowed Secured Claim of City Electric Supply Company** | 337,596.37 | 337,596.37 | 27 | 250,000.00 | 250,000.00 | |
| | **Class XII - Allowed Secured Claim of Fortiline Waterworks** | 16,812.93 | | | 16,812.93 | 16,812.93 | |
| | **Class XIII - Allowed Secured Claim of M&M Electric of Central Florida, Inc.** | 21,274.21 | | | 21,274.21 | 21,274.21 | |
| | **Class XIV - Allowed Secured Claim of Middlesex Paving, LLC** | 275,372.01 | 279,853.41 | 18 | 250,000.00 | 250,000.00 | |
| | **Class XV - Allowed Secured Claim of Southern Fire Protection of Orlando, LLC** | 27,723.70 | | | 27,723.70 | 27,723.70 | |
| | **Class XVI - Allowed Unsecured Claims**[3] | | | | | | |
| | AIG Property Casualty, Inc | | Unliquidated | 19 | 0.00 | 0.00 | See order sustaining obj (Doc. No. 182) |
| | BSE Consultants, Inc | 155,869.57 | 369,783.89 | 22 | 369,783.89 | 175,430.37 | |
| | City of Cocoa Utilities | 4,838.49 | | | 4,838.49 | 2,295.44 | |
| | Dale & Company | 7,015.82 | | | 7,015.82 | 3,328.40 | |
| | Endurances Services Limited | 12,459.54 | | | 0.00 | N/A | Disputed on schedules |
| | Fairmont State College | 13,911.04 | 17,388.80 | 23 | 0.00 | 0.00 | See order sustaining obj (Doc. No. 142) |
| | Firetronics, Inc | 13,919.01 | | | 13,919.01 | 6,603.36 | |
| | Florida City Gas | 625.19 | | | 625.19 | 296.60 | |

**Cocoa Expo Sports Center, LLC**
**Case No. 6:17-bk-00441-KSJ**
**Confirmation Order (Doc. No. 173) dated August 21, 2017**
**Effective Date: September 29, 2017**

| | | SCHEDULED AMOUNT | CLAIM AMOUNT | CL. NO. | AMOUNT ALLOWED | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|---|---|
| A. | **IMPAIRED CLASSES** | | | | | | |
| | Hanson | 20,533.18 | | | 20,533.18 | 9,741.21 | |
| | IRS | 6,031.40 | 5,641.40 | 1 | 5,641.40 | 2,676.35 | |
| | Linnea & Richard Harding, as rep Estate of Aaron S. Hardy | Unknown | | | 0.00 | N/A | Disputed on schedules |
| | Lexon Insurance Company | | 122,939.00 | 17 | 0.00 | 0.00 | See order sustaining obj (Doc. No. 137) |
| | MBCI | 5,601.00 | | | 0.00 | N/A | Disputed on schedules |
| | New Line Transport | 10,377.00 | | | 10,377.00 | 4,922.99 | |
| | Pac-Van, Inc | 1,075.66 | | | 1,075.66 | 510.31 | |
| | Smith & Associates | 128,157.36 | 154,138.84 | 29 | 154,138.84 | 73,125.50 | |
| | South Milhausen, PA | 24,544.71 | | | 24,544.71 | 11,644.33 | |
| | Spectrum | 3,585.29 | | | 3,585.29 | 1,700.91 | |
| | Sri Jalaram, LLC | 12,020.78 | 14,968.46 | 7 | 14,968.46 | 7,101.24 | |
| | Sysco Central Florida, Inc | 15,009.40 | 15,009.40 | 6 | 15,009.40 | 7,120.66 | |
| | Univ Engineering Sciences | 11,270.60 | | | 11,270.60 | 5,346.92 | |
| | Waste Management Inc of FL | 327.58 | | | 327.58 | 155.41 | |
| | Total Unsecured Claims | 447,172.62 | 699,869.79 | | 657,654.52 | 312,000.00 | |
| | | | | | | | |
| | **Class XVII - Allowed Interests** | | | | | N/A | Cancelled. Investor becomes member. |
| B. | **ALLOWED PRIORITY TAX CLAIMS** | None | | | | | |
| C. | **ALLOWED ADMINISTRATIVE CLAIMS** | | | | | | |
| | Fisher Rushmer, PA | | 108,206.08 | | 108,206.08 | | See orders approving fee apps (Doc. Nos. 175 & 189) |
| | a. Pre-bankruptcy retainer | | | | | 27,684.40 | |
| | b. Post-bankruptcy payment | | | | | 80,521.68 | |
| | Examiner | | 52,316.62 | | 52,316.62 | 52,316.62 | See order approving fee app (Doc. No. 172) |
| | United States Trustee | | | | | | |
| | a. 4th quarter fees for 2017 | | | | | 4,890.37 | |
| | b. 1st quarter fees for 2018 | | | | | 1,950.00 | |
| | c. 2nd quarter fees for 2018 - Est. | | 650.00 | | Full amount | | Due July 30 |

[3] Pro rata share of $312,000