[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: February 15, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                               Case No. 6:17−bk−00441−KSJ
                                                                                     Chapter 11
Cocoa Expo Sports Center, LLC

_____Debtor*_____/

**ORDER DENYING AS MOOT MOTION TO COMPEL**

THIS CASE came on for consideration without a hearing of the **Motion to Compel** (Doc. **260** ), filed by **Creditor Bank of Washington** .

The Court having considered the record, the Motion to Compel is Denied as Moot .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Phil D'Aniello is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.