ORDERED.

Dated: February 15, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Cocoa Expo Sports Center, LLC,

    Taxpayer ID No. 27-4509245,

        Debtor.
_____/

Case No.: 6:17-bk-00441-KSJ
Chapter 11

**FINAL DECREE**

THIS CASE came before the Court at a hearing on November 14, 2018, to consider and act upon: (i) Debtor's motion (Doc. No. 241) for final decree closing case; and (ii) objection (Doc. No. 243) filed by Bank of Washington. The Court finds and concludes:

1. On August 21, 2017, the Court entered an order (Doc. No. 173) confirming Debtor's First Amended Plan of Reorganization (Doc. No. 147), as modified (Doc. No. 162) (collectively, the "Plan").

2. The Plan has been substantially consummated and the estate is fully administered.

3. The Court has disposed of all adversary proceedings, contested matters, and claim objections.

Based on the foregoing and for the reasons stated and recorded in open court, it is

2

**ORDERED:**

1.   This case is closed.

2.   Debtor is enjoined from filing a case under any chapter of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, for a period of two (2) years after the date of this Order.

Attorney David McFarlin is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.